IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:07CR3070 |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOSAFA LOREZANA-SOLARES, | ) | |
| and MARLENE RODRIGUEZ, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BLANCA DE LA ROSA, | ) | |
| | ) | |
| Claimant. | ) | |

Blanca De la Rosa has filed a verified petition as required by 21 U.S.C. § 853(n) seeking return of $22,500. Accordingly, the court should promptly schedule a hearing. Before doing so, however, I will confer with counsel. Therefore,

IT IS ORDERED that my judicial assistant shall schedule a telephone conference with all counsel of record in this case, James D. McFarland, counsel for Blanca De La Rosa and counsel for the government who will handle this forfeiture matter so that we may discuss scheduling and related matters of Ms. Rosa's petition (filing 64). Counsel for the government should immediately contact the lawyer from the United States Attorney's office who will handle this forfeiture matter and advise my judicial assistant of the name and telephone number of that person. Nonetheless, the prosecutor handling this case shall also participate in the telephone conference. At the telephone conference, counsel for the defendants should be prepared to state whether their clients claim any interest in the subject property and, if so, how the Court should proceed in resolving their claims and the claims of Blanca De la Rosa.

September 25, 2007.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge