IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:07CR3070 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| JOSAFA LOREZANA-SOLARES and | ) | AND ORDER |
| MARLENE RODRIGUEZ, | ) | |
| | ) | |
| Defendants. | ) | |

I held a conference today with counsel to discuss scheduling Blanco De la Rosa's petition. Counsel for the defendants represented that the defendants claimed no interest in the property which is the subject of the petition. Counsel for the government and counsel for Blanca De la Rosa indicated that a nonjury trial on Ms. De la Rosa's petition would take one day and should be scheduled for November 5, 2007, to commence at 9:00 a.m. I advised counsel for Ms. De la Rosa that if any other party claimed interest in the subject property, they should consider filing their own verified petition so that we could schedule trial at the same time.

IT IS ORDERED that:

(1) The Defendants Josafa Lorezana-Solares and Marlene Rodriguez are found to have no interest in the sum of $22,500.00, which is the subject of Blanca De la Rosa's petition.

(2) A nonjury trial on Blanca De la Rosa's petition will commence at 9:00 a.m., Monday, November 5, 2007, and is scheduled for one day.

October 15, 2007.                    BY THE COURT:

                                     *s/ Richard G. Kopf*
                                     United States District Judge